# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Javier Monge<br>      Plaintiff,<br>vs.<br><br>Allied Jackson Heights, LLC and<br>Jackson Heights Stationery, Inc.<br>      Defendants. | 22-cv-6678 (DLI) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants.

June 5, 2023                                                           /s/ Jennifer Tucek
                                                                                 Jennifer E. Tucek, Esq.
                                                                                 Law Office of Jennifer E. Tucek, PC
                                                                                 315 Madison Avenue, Suite 3054
                                                                                 New York, New York 10017
                                                                                 (917) 669-6991